NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENNETT D. JUDSON,                              )
                                                )
          Appellant,                            )
                                                )
v.                                              )        Case No. 2D18-4903
                                                )
WILMINGTON SAVINGS FUND SOCIETY,  )
FSB, d/b/a CHRISTIANA TRUST, not                )
individually but as trustee for PRETIUM         )
MORTGAGE ACQUISITION TRUST,                     )
substituted as Plaintiff for GREEN TREE         )
SERVICING, LLC; VICTORIA V. JUDSON;  )
and PLANTATION HOMEOWNERS, INC.,                )
                                                )
          Appellees.                            )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Cheryl Thomas,
Judge.

Bennett D. Judson, pro se.

Ileen J. Cantor, and Ronald M. Gaché of
Shapiro, Fishman & Gaché, LLP, Boca
Raton, for Appellee, Wilmington.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, BADALAMENTI, and ATKINSON, JJ., Concur.